IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JOANNE EDWARDS, | * |
| Plaintiff, | * |
| v. | Case No. 1:13-CV-111(WLS) |
| | * |
| STATE BOARD OF WORKERS' COMPENSATION et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 1, 2013, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 1st day of August, 2013.

Gregory J. Leonard, Clerk

s/ Wanda K. Sanders, Deputy Clerk